■ JOELLE KHEEL et al., Individually and as Assignees of CONTINENTAL BAKING COMPANY, Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 94417.) [732 NYS2d 921] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Corbett, Jr., J. (*see, Erie County Indus. Dev. Agency v Fry*, 254 AD2d 721). (Appeal from Judgment of Court of Claims, Corbett, Jr., J.—EDPL.) Present— Pine, J. P., Hayes, Hurlbutt, Burns and Gorski, JJ.

■ In the Matter of BRIAN M. MCCARTHY, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [732 NYS2d 921] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.